**Order filed February 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00801-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**MANUEL R. GARCIA, Appellee**

**On Appeal from the County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 2283882**

## ORDER

The State's brief was due January 27, 2021. No brief or motion to extend time has been filed. If the State does not file a brief by **February 16, 2021,** we will dismiss the appeal for want of prosecution. *State v. Bissing*, 169 S.W.3d 729, 730 (Tex. App.—Waco 2005, no pet.); *State v. Garza*, 88 S.W.3d 353, 354–55 (Tex. App.—San Antonio 2002, no pet.) (per curiam); *State v. Palacios*, 968 S.W.2d 467, 468 (Tex. App.—Fort Worth 1998, no pet.) (per curiam).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.